```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/5/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

       -against-

SAMUEL VALLES,
                              Defendant.
-------------------------------------------------------------- X

14-CR-464 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court has referred Mr. Valles' presentment and arraignment to the Magistrate Court;

IT IS HEREBY ORDERED that a status conference is scheduled for **Wednesday, January 19, 2022 at 3:30 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date:  January 5, 2022
        New York, NY

                                        **VALERIE CAPRONI**
                                        **United States District Judge**