```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/18/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                   :
                                            :          14-CR-464 (VEC)
        -against-                           :
                                            :          ORDER
SAMUEL VALLES,                              :
                        Defendant.          :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS an in-person status conference is scheduled for Wednesday, January 19, 2022, at 3:30 p.m.;

IT IS HEREBY ORDERED that interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0464#.  All of those accessing the hearing are reminded that recording or rebroadcasting of the hearing is prohibited by law.

**SO ORDERED.**

Date:  January 18, 2022
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**