```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/19/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                        :
                                                 :       14-CR-464 (VEC)
    -against-                               :
                                                 :       <u>ORDER</u>
SAMUEL VALLES,                                   :
                        **Defendant.**    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a hearing was held on January 19, 2022 on a violation of supervised release dated April 21, 2015; and

    WHEREAS at that hearing, Mr. Valles admitted Specification 1;

    IT IS HEREBY ORDERED that Mr. Valles be released from custody promptly after being vaccinated for COVID-19 pending sentence on the violation of supervised release.

    IT IS FURTHER ORDERED that Mr. Valles shall be vaccinated within 48 hours of this order unless a Bureau of Prisons physician determines that it is not medically advisable for Mr. Valles to receive the COVID-19 vaccine at this time due to the timing of his prior COVID-19 infection.  In such circumstance, the Government must promptly notify the Court so it can modify the terms of Mr. Valles' release pending sentence.

    IT IS FURTHER ORDERED that the following conditions shall apply while Mr. Valles is on release pending sentence:

(1) Mr. Valles must receive the second dose of the COVID-19 vaccine not more than four weeks after receiving the first dose and submit proof that he has done so to the Court not later than February 22, 2022 (if Mr. Valles received the Johnson & Johnson vaccine he need only present proof of that vaccination).

(2) Mr. Valles must reside at 3513 Bruckner Blvd., Apt. 3R, Bronx, New York 10461;

(3) Mr. Valles must not leave the state of New York without permission from Probation;

(4) Mr. Valles must coordinate with the Probation Office regarding his travel to South Carolina to transfer his South Carolina parole to New York;

(5) Mr. Valles must participate in drug testing and drug treatment at the direction of the Probation Office; and

(6) All other conditions of supervised release as set at the time of Mr. Valles' sentencing in Eastern District of Pennsylvania remain in full force and effect.

IT IS FURTHER ORDERED that Mr. Valles' sentencing is scheduled for **April 19, 2022, at 2:30 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  Pre-sentencing submissions from both sides are due not later than **April 5, 2022**.

**SO ORDERED.**

Date:  January 19, 2022
       New York, NY

_____
VALERIE CAPRONI
United States District Judge