```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                                    :
                                                             :   14-CR-464 (VEC)
       -against-                                              :
                                                             :   ORDER
SAMUEL VALLES,                                               :
                         Defendant.                        :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a sentencing hearing is scheduled for April 19, 2022, at 2:30 p.m.; and

      WHEREAS that time is no longer convenient for the Court;

      IT IS HEREBY ORDERED that Mr. Valles' sentencing is adjourned until **Wednesday, April 27, 2022, at 2:30 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date:  April 7, 2022
         New York, NY

                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**